UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| Universal Music Corp., *et al.*, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:12-CV-300-PLR-CCS |
| | ) | |
| | ) | |
| Tenn. Production Center d/b/a | ) | |
| Chartbuster Karaoke, Debi Stovall, and | ) | |
| Norbert Stovall, | ) | |
| | ) | |
| *Defendants*. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation filed by United States Magistrate Judge, C. Clifford Shirley, Jr. [Docket No. 43]. There have been no timely objections to the Report and Recommendation, and enough time has passed since the filing of the Report and Recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b).

After a careful review of this matter, the Court is in complete agreement with the Magistrate Judge's conclusion that the plaintiffs' motion for default judgment [Docket No. 19] and the plaintiffs' motion for attorney fees [Docket No. 40] are granted in part and denied in part. Accordingly, the Court **ACCEPTS IN WHOLE** the Report and Recommendation under 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b).

It is **ORDERED,** for the reasons stated in the Report and Recommendation, which the Court adopts and incorporates into its ruling:

1. That the plaintiffs' motions for default judgment attorney fees are **GRANTED** and judgment be entered against the defendants, jointly and severally:

    a. for damages, in the amount of **$1,231,475.17**, which includes prejudgment interest;

    b. for attorney fees and costs in the amount of **$18,072.18**, which represents the fees and costs reasonably incurred in this litigation;

    c. for post-judgment interest under 28 U.S.C. § 1961, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the entry of judgment; and

2. The motion for default judgment is **DENIED** to the extent it seeks any relief beyond that identified above.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**